## W. R. NEAL V. THE STATE.

No. 9161.  Delivered February 3, 1926.

**Possessing Equipment, etc.—Appeal Dismissed—Request of Appellant.**

Upon the request of appellant duly verified by his affidavit, this appeal is dismissed.

Appeal from the District Court of Taylor County.  Tried below before the Hon. W. R. Ely, Judge.

Appeal from a conviction for possessing equipment for manufacturing intoxicating liquor, penalty one year in the penitentiary.

No brief filed for appellant.

*Sam D. Stinson,* State's Attorney, and *Nat Gentry, Jr.,* Assistant State's Attorney, for the State.

LATTIMORE, JUDGE.—This cause is before us on appeal from a conviction in the District Court of Taylor County for possessing equipment for manufacturing intoxicating liquor, with punishment fixed at one year in the penitentiary.

Appellant has filed his request under oath in due form asking that his appeal be dismissed to the end that he may accept the sentence imposed upon him by the court.  The request is granted.  The appeal is dismissed.

*Dismissed.*